Submitted May 1, reversed July 8, 2015

In the Matter of S. A. N.,
Alleged to be a Person with Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

S. A. N.,
*Appellant.*

Clackamas County Circuit Court
M1412001; A158479

355 P3d 198

Gay Canaday filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and James Aaron, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days. ORS 426.130. She contends that the state failed to prove by clear and convincing evidence that, because of a mental disorder, she is dangerous to others. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support appellant's involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.